KATHERINE L. MCDANIEL
PHONE: 212-704-6000
Katherine.mcdaniel@troutmansanders.com

**TROUTMAN SANDERS**

TROUTMAN SANDERS LLP
Attorneys at Law
875 Third Avenue
New York, New York 10022
212.704.6000 telephone
troutmansanders.com

May 26, 2015

The Honorable Fredric Block
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Stipulation of Adjournment in *XYZ Two Way Radio Service Inc. et al. v. Uber Technologies, Inc. et al.* (1:15-cv-03015-FB-CLP)

Dear Judge Block:

    I am writing to request that this Court enter a scheduling Order that has been jointly agreed to by the parties.  On April 15, 2015, Plaintiffs XYZ Two Way Radio Service, Inc. (XYZ) and Elite Limousine Plus, Inc. ("Elite") (collectively "Plaintiffs") filed a complaint in the Supreme Court of the State of New York, County of Kings, captioned *XYZ Two Way Radio Service, Inc., et al. v. Uber Technologies, Inc., et al.,* Index No. 504469/2015.  On May 22, 2015, Defendants Uber Technologies, Inc., Weiter, LLC, Hinter, LLC, GRun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC (collectively "Defendants") filed a Notice of Removal to this Court in accordance with 28 U.S.C. §§ 1441, *et seq.*

    Under Rule 81(c) of the Federal Rules of Civil Procedure, Defendants have until May 29, 2015 to file their response to Plaintiffs' Complaint.  Pursuant to Plaintiffs' and Defendants' signed stipulation, attached hereto as Exhibit A, Plaintiffs and Defendants have jointly agreed that: (i) the time for Defendants to answer, move, or otherwise respond to the Complaint of Plaintiffs, dated April 15, 2015, is extended to July 1, 2015; (ii) Plaintiffs shall file their Opposition, if any, by August 5, 2015; and (iii) Defendants shall file their Reply, if any, by August 26, 2015.  There have been no other adjournment requests in this case.

    Accordingly, Defendants respectfully request that this Court enter the parties' joint Proposed Scheduling Order, attached hereto as Exhibit B.

Sincerely,

_s/Katherine L. McDaniel_
Troutman Sanders LLP
Katherine L. McDaniel
Tel: (212) 704-6000
Fax: (212) 704-8370
*Attorneys for Defendants*

cc: All Counsel of Record via ECF

ATLANTA   BEIJING   CHARLOTTE   CHICAGO   HONG KONG   NEW YORK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC