# **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XYZ TWO WAY RADIO SERVICE, INC., and ELITE LIMOUSINE PLUS, INC.,<br>　　　　Plaintiffs,<br>　　v.<br><br>UBER TECHNOLOGIES, INC., WEITER LLC, HINTER LLC, GRUN LLC, UNTER LLC, SCHMECKEN LLC, and DANACH-NY LLC,<br>　　　　Defendants, | **Civil Action No.** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the above parties, that Defendants agree to accept service and waive any and all service defects without any further process or request for waiver necessary on Plaintiffs' part.

IT IS FURTHER HEREBY STIPULATED AND AGREED that: (i) the time for Defendants Uber Technologies, Inc., Weiter, LLC, Hinter, LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC ("Defendants") to answer, move, or otherwise respond to the Complaint of Plaintiffs XYZ Two Way Radio Service, Inc. and Elite Limousine Plus, Inc. ("Plaintiffs"), dated April 15, 2015, is extended to July 1, 2015; (ii) Plaintiffs shall file their Opposition, if any, by August 5, 2015; and (iii) Defendants shall file their Reply, if any, by August 26, 2015.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this Stipulation may be executed in one or more counterparts, and by the different parties hereto in separate counterparts,

each of which when executed shall be deemed to be an original, but all of which taken together shall constitute one and the same Stipulation;

IT IS FURTHER HEREBY STIPULATED AND AGREED that facsimile signatures are deemed to be originals for the purposes of this Stipulation.

| ARKIN SOLBAKKEN LLP | TROUTMAN SANDERS LLP |
|---|---|
| *[signature]* | *[signature]* |
| Lisa C. Solbakken, Esq. | Katherine L. McDaniel, Esq. |
| Robert C. Angelillo, Esq. | Troutman Sanders LLP |
| Arkin Solbakken LLP | 875 Third Avenue |
| 590 Madison Avenue, 35th Floor | New York, NY 10022 |
| New York, New York 10022 | Phone: (212) 704-6342 |
| Phone: (212) 333-0200 | Fax: (212) 704-6288 |
| Fax: (212) 333-2350 | |