# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XYZ TWO WAY RADIO SERVICE, INC., and ELITE LIMOUSINE PLUS, INC., <br>        Plaintiffs, <br>  v. <br><br>UBER TECHNOLOGIES, INC., WEITER, LLC, HINTER, LLC, GRUN, LLC, UNTER LLC, SCHMECKEN, LLC, and DANACH-NY, LLC, <br>        Defendants. | **Civil Action No** |

**SCHEDULING ORDER**

WHEREAS counsel for the Defendants Uber Technologies, Inc., Weiter, LLC, Hinter, LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC ("Defendants") and Plaintiffs XYZ Two Way Radio Service, Inc. and Elite Limousine Plus, Inc. ("Plaintiffs") have stipulated to an agreed-briefing schedule.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

 (i) The time for Defendants to answer, move, or otherwise respond to the Complaint of Plaintiffs, dated April 15, 2015, is extended to July 1, 2015;

(ii) Plaintiffs shall file their Opposition, if any, by August 5, 2015;

(iii) Defendants shall file their Reply, if any, by August 26, 2015.

Dated: New York, New York
      May ___, 2015

                                        _____
                                                  ORDERED BY