KATHERINE L. MCDANIEL
PHONE: 212-704-6000
Katherine.mcdaniel@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
875 Third Avenue
New York, New York  10022
212.704.6000 telephone
troutmansanders.com

May 27, 2015

The Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers Room 1230
Brooklyn, NY 11201

    Re:    Stipulation of Adjournment in *XYZ Two Way Radio Service Inc. et al. v. Uber Technologies, Inc. et al.* (1:15-cv-03015-FB-CLP)

Dear Judge Pollak:

    This firm represents the Defendants in the above-captioned action.  We write to request that the Court enter the attached Proposed Order adjourning Defendants' time to answer, move or otherwise respond to the Complaint until July 1, 2015.  We have conferred with Plaintiffs' counsel, and Plaintiffs have consented to the requested adjournment.

    We have attached a Proposed Order to this letter as <u>Exhibit A</u>.

    Respectfully submitted,

    <u>/s/ Katherine L. McDaniel</u>

    Katherine L. McDaniel

cc:    All Counsel of Record (via ECF)

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XYZ TWO WAY RADIO SERVICE, INC., and ELITE LIMOUSINE PLUS, INC.,<br>        Plaintiffs,<br>    v.<br><br>UBER TECHNOLOGIES, INC., WEITER, LLC, HINTER, LLC, GRUN, LLC, UNTER LLC, SCHMECKEN, LLC, and DANACH-NY, LLC,<br>        Defendants. | **Civil Action No:** 1:15-cv-03015-FB-CLP<br><br>**Proposed Order** |

**SCHEDULING ORDER**

WHEREAS counsel for the Defendants Uber Technologies, Inc., Weiter, LLC, Hinter, LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC ("Defendants") and Plaintiffs XYZ Two Way Radio Service, Inc. and Elite Limousine Plus, Inc. ("Plaintiffs") have stipulated to an adjournment of the time for Defendants to answer, move or otherwise respond to the Complaint in this action.

NOW, THEREFORE, IT IS HEREBY ORDERED that the time for Defendants to answer, move, or otherwise respond to the Complaint is extended to July 1, 2015.

Dated: New York, New York
      May __, 2015

                                                    _____
                                                      HON. CHERYL L. POLLAK