UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
XYZ TWO WAY RADIO SERVICE, INC. and
ELITE LIMOUSINE PLUS, INC.,

                                   Plaintiffs,

- against -

UBER TECHNOLOGIES, INC., WEITER, LLC,
HINTER, LLC, GRUN, LLC,
UNTER, LLC, SCHMECKEN, LLC, and
DANACH-NY, LLC,

                                   Defendants.
------------------------------------------------------------------x

Case No. 1:15-cv-03015-FB-CLP

**RULE 7.1. CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs hereby states that Plaintiff XYZ Two Way Radio Service, Inc. ("XYZ") has no parent corporation, and there is no publicly held corporation that owns 10 percent or more of XYZ's stock.

Dated:   May 27, 2015
             New York, New York

                                            Respectfully submitted,

                                            ARKIN SOLBAKKEN LLP

                                            By: */s/ Lisa C. Solbakken*
                                                 Lisa C. Solbakken (LS 8910)
                                                 Robert C. Angelillo (RA 7782)
                                                 Deana Davidian (DD 0804)
                                                 590 Madison Avenue, 35th Floor
                                                 New York, New York 10022
                                                 Tel: (212) 333-0200
                                                 Fax: (212) 333-2350

                                            *Attorneys for Plaintiffs*