UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
XYZ TWO WAY RADIO SERVICE, INC. and :
ELITE LIMOUSINE PLUS, INC., :
                                                                       : Case No. 1:15-cv-03015-FB-CLP
                                     Plaintiffs, :
                                                                       : **RULE 7.1. CORPORATE**
   - against -                                          : **<u>DISCLOSURE STATEMENT</u>**
                                                                       :
UBER TECHNOLOGIES, INC., WEITER, LLC, :
HINTER, LLC, GRUN, LLC, :
UNTER, LLC, SCHMECKEN, LLC, and :
DANACH-NY, LLC, :
                                                                       :
                                                     Defendants. :
------------------------------------------------------------------x

       In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs hereby states that Plaintiff Elite Limousine Plus, Inc. ("Elite") has no parent corporation, and there is no publicly held corporation that owns 10 percent or more of Elite's stock.

Dated:   May 27, 2015
             New York, New York

                                                  Respectfully submitted,

                                                  ARKIN SOLBAKKEN LLP

                                                  By: */s/ Lisa C. Solbakken*
                                                      Lisa C. Solbakken (LS 8910)
                                                      Robert C. Angelillo (RA 7782)
                                                      Deana Davidian (DD 0804)
                                                      590 Madison Avenue, 35th Floor
                                                      New York, New York 10022
                                                      Tel: (212) 333-0200
                                                      Fax: (212) 333-2350

                                               *Attorneys for Plaintiffs*