**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------- X

XYZ Two Way Radio Service, Inc., *et al*.,      :

          Plaintiffs,      :

     -against-      :

Uber Technologies, Inc., *et al*.,      :

          Defendants.

-------------------------------------- X

        CASE NO.  1:15-cv-3015-FB-CLP

        **NOTICE OF WITHDRAWAL OF**
        **LETTER MOTION**

      PLEASE TAKE NOTICE that Defendants Uber Technologies, Inc., Weiter, LLC, Hinter,

LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC , through counsel,

hereby withdraw their Unopposed Letter Motion for Extension of Time to File Answer, dated

May 26, 2015 [Doc. #8].

Dated: New York, New York.
      May 26, 2015

      Respectfully submitted,

      TROUTMAN SANDERS LLP
      875 Third Avenue
      New York, NY  10022
      212.704.6000

      By:   s/Katherine L. McDaniel.
          Katherine L. McDaniel, Esq.

      *Attorneys for Defendants*
      *Uber Technologies, Inc., et al*.