UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XYZ TWO WAY RADIO SERVICE, INC., and ELITE LIMOUSINE PLUS, INC.,<br>            Plaintiffs,<br>      v.<br><br>UBER TECHNOLOGIES, INC., WEITER, LLC, HINTER, LLC, GRUN, LLC, UNTER LLC, SCHMECKEN, LLC, and DANACH-NY, LLC,<br>            Defendants. | **Civil Action No: 1:15-cv-03015-FB-CLP**<br><br>**Order** |

## SCHEDULING ORDER

WHEREAS counsel for the Defendants Uber Technologies, Inc., Weiter, LLC, Hinter, LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC ("Defendants") and Plaintiffs XYZ Two Way Radio Service, Inc. and Elite Limousine Plus, Inc. ("Plaintiffs") have stipulated to an adjournment of the time for Defendants to answer, move or otherwise respond to the Complaint in this action.

NOW, THEREFORE, IT IS HEREBY ORDERED that the time for Defendants to answer, move, or otherwise respond to the Complaint is extended to July 1, 2015.

Dated: New York, New York
      May 28, 2015

/s/ Cheryl L. Pollak
_____
HON. CHERYL L. POLLAK