**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XYZ TWO WAY RADIO SERVICE, INC., and ELITE LIMOUSINE PLUS, INC., <br>           *Plaintiffs*, <br>     v. <br><br> UBER TECHNOLOGIES, INC., WEITER, LLC, HINTER, LLC, GRUN, LLC, UNTER LLC, SCHMECKEN, LLC, and DANACH-NY, LLC, <br>           *Defendants*. | **Civil Action No.** 1:15-cv-03015-FB-CLP <br><br> (Hon. Frederic Block) <br><br> **Rule 7.1 Disclosure Statement** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Uber Technologies, Inc., and Hinter, LLC, certify that they are privately held corporations with no parent corporations or publicly held corporations that own 10 percent or more of their stock. Defendants Weiter, LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC certify that they are wholly-owned subsidiaries of Uber Technologies, Inc.

| | |
|---|---|
| Dated: June 4, 2015 | Respectfully submitted, <br><br> UBER TECHNOLOGIES, INC., UBER TECHNOLOGIES, INC., WEITER, LLC, HINTER, LLC, GRUN, LLC, UNTER, LLC, SCHMECKEN, LLC, and DANACH-NY, LLC <br><br> By their counsel, <br><br> s/Joshua A. Berman <br> TROUTMAN SANDERS LLP <br> Joshua A. Berman <br> Katherine L. McDaniel <br> 875 Third Avenue |

        New York, New York 10022
        Telephone: (212) 704-6000
        Facsimile: (212) 704-8370
        Joshua.Berman@troutmansanders.com
        Katherine.McDaniel@troutmansanders.com

Attorneys for Defendants Uber Technologies, Inc., Weiter, LLC, Hinter, LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC