UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XYZ TWO WAY RADIO SERVICE, INC. and
ELITE LIMOUSINE PLUS, INC.,

           Plaintiffs,

    -against-

UBER TECHNOLOGIES, INC., WEITER, LLC,
HINTER, LLC, GRUN, LLC, UNTER, LLC,
SCHMECKEN, LLC, and DANACH-NY, LLC,

           Defendants.
------------------------------------------------------------------X

Case No. 15-cv-03015-FB-CLP

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD PLEASE TAKE NOTICE THAT:

   As of today's date, the new address of Arkin Solbakken LLP, attorneys for Plaintiffs XYZ Two Way Radio Service, Inc. and Elite Limousine Plus, Inc., is:

     Lisa C. Solbakken
     Robert C. Angelillo
     Deana Davidian
     Arkin Solbakken LLP
     750 Lexington Avenue, 25th Floor
     New York, New York 10022
     Tel: (212) 333-0200
     Fax: (212) 333-2350
     Email: rangelillo@arkin-law.com
         lsolbakken@arkin-law.com
         ddavidian@arkin-law.com

Please deliver and/or serve all documents at the above address, and contact me at the above telephone number and/or e-mail address.

Dated: June 30, 2015
      New York, New York

Respectfully submitted,

ARKIN SOLBAKKEN LLP

By: _____
Lisa C. Solbakken, Esq.
Robert Angelillo, Esq.
Deana Davidian, Esq.
750 Lexington Avenue, 25th Floor
New York, New York 10022

*Counsel for Plaintiffs*

TO:    Joshua A. Berman, Esq.
        Katherine L. McDaniel, Esq.
        Troutman Sanders LLP
        875 Third Avenue
        New York, New York 10022

        *Counsel for Defendants*