KATHERINE L. MCDANIEL
PHONE: 212-704-6000
Katherine.mcdaniel@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
875 Third Avenue
New York, New York  10022
212.704.6000 telephone
troutmansanders.com

July 14, 2015

The Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers Room 1230
Brooklyn, NY 11201

>        **Re:**    **Request for Adjournment on Consent in *XYZ Two Way Radio Service Inc. et al. v. Uber Technologies, Inc. et al.* (1:15-cv-03015-FB-CLP)**

Dear Judge Pollak:

This firm represents the Defendants in the above-captioned action.  We write to request that the Court adjourn the Initial Conference that is currently scheduled for July 21, 2015 due to a scheduling conflict that requires counsel to be out-of-state on that date, and reschedule it for July 24, July 27, or any day thereafter that is convenient for the Court.  We have conferred with Plaintiffs' counsel, and Plaintiffs have consented to the requested adjournment.

Respectfully submitted,

*/s/ Katherine L. McDaniel*

Katherine L. McDaniel

cc:    All Counsel of Record (via ECF)