

**ARKIN SOLBAKKEN LLP**

750 Lexington Avenue
New York, New York 10022
Tel: (212) 333-0200
Fax: (212) 333-2350

Deana Davidian
Direct Dial: (212) 333-0252
ddavidian@arkin-law.com

July 20, 2015

**Via ECF and Facsimile**

The Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers Room 1230
Brooklyn, New York 11201

      Re:    *XYZ Two Way Radio Service Inc., et al. v. Uber Technologies, Inc., et al.*,
            No. 1:15-cv-03015-FB-CLP

Dear Judge Pollak:

    We write on behalf of all parties in the above-captioned action.

    The parties participated in a Rule 26(f) conference. Pursuant to Federal Rule of Civil Procedure 26(f)(2) and the Court's Order dated May 29, 2015 [Dkt No. 16], the parties respectfully submit the enclosed Initial Conference Questionnaire setting forth the proposed discovery plan to which the parties agreed at that time. Defendants reserve their right to seek a stay of discovery.

                                  Respectfully submitted,

                                    */s/ Deana Davidian*
                                    Deana Davidian

Enc.

cc:   All Counsel of Record (via ECF)

## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **JULY 14, 2015**

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) **N/A** and defendant(s) **N/A**

3. Number of depositions by Plaintiff(s) of:   parties   **15**   non-parties   **5**

4. Number of depositions by Defendant(s) of:   parties   **10**   non-parties   **5**

5. Date for completion of factual discovery: **January 21, 2016**

6. Expert witnesses:

    Anticipated Number of Expert Witnesses:

    Plaintiffs:   **3-5** (Non-medical)

    Defendants:   3-5 (Non-medical)

    Opening expert report(s): **April 21, 2016**

    Rebuttal: **June 21, 2016**

    Completion expert discovery: **July 21, 2016**

7. Time for amendment of the pleadings by:

    Plaintiff(s)   **February 22, 2016**
    Defendant(s)   **February 22, 2016**

8. Number of proposed additional parties to be joined by plaintiff(s) **TBA** and by defendant(s) **TBA** and time for completion of joinder: **February 22, 2016**

9. Types of contemplated dispositive motions:

    plaintiff(s):   **Motion for Summary Judgment**
    defendant(s):   **Motion for Summary Judgment**

10. Dates for filing contemplated dispositive motions:

    Opening MSJ Motions (simultaneous):   **September 22, 2016**

11. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. **TO BE DETERMINED**

12. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference. **TO BE DETERMINED**

13. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)

    **No**