

JOSHUA A. BERMAN
212.704.6198 telephone
212.704.6288 facsimile
joshua.berman@troutmansanders.com

TROUTMAN SANDERS LLP
Attorneys at Law
875 Third Avenue
New York, New York  10022
212.704.6000 telephone
troutmansanders.com

October 9, 2015

Lisa Solbakken                                                                                               *Via E-Mail & ECF*
Robert Angelillo
Deana Davidian
Arkin Solbakken LLP
750 Lexington Avenue, 25th Floor
New York, New York 10022

      **Re:**   *XYZ Two Way Radio Service, Inc., et al. v. Uber Technologies, Inc. et al.*, 1:15-cv-03015-FB-CLP (E.D.N.Y.)

Counsel:

    This firm represents Defendants Uber Technologies, Inc., Weiter, LLC, Hinter, LLC, Grun, LLC, Unter, LLC, Schmecken, LLC, and Danach-NY, LLC in the above-referenced action.  Attached please find service copies of the following documents:

1. Defendants' Notice of Motion to Dismiss the Complaint
2. Memorandum of Law in Support of Defendants' Motion to Dismiss
3. Declaration of Joshua A. Berman, Esq. in Support of Motion to Dismiss, with supporting Exhibits.

    In accordance with Judge Block's Individual Motion Practices, a copy of this letter will be filed via ECF today. Once briefing on the motion has been completed, we will file the enclosed documents, along with the remaining motion papers, via ECF.

                                                  Sincerely,

                                                  Joshua A. Berman

    Enclosures.

## **CERTIFICATE OF SERVICE**

  I, Joshua A. Berman, hereby certify that on October 9, 2015 this document was served on all parties via e-mail and filed via the Court's ECF system.

                 /s/ Joshua A. Berman
                 Joshua A. Berman
                 NY State Bar Number 3990967
                 875 Third Avenue
                 New York, New York 10022
                 Telephone:  (212) 704-6000
                 Facsimile:  (212) 704-8370
                 joshua.berman@troutmansanders.com